UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

USA,

Plaintiff(s),

v.

TERRI LYNN OUTER,

Defendant(s).
---------------------------------------------------------x

**CALENDAR NOTICE**

26mj2336 [redacted]

**PLEASE TAKE NOTICE** that the above-captioned case has been scheduled for:

___ Status conference

___ Telephone conference

___ Pre-motion conference

___ Settlement conference

___ Oral argument

___ Bench ruling on motion

___ Final pretrial conference

___ Jury selection and trial

___ Bench trial

___ Suppression hearing

__x_ Change of Plea hearing

____Sentencing

on December 3, 2026, at 2:30 p.m., in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(G) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: November 19, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge